FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 AUG 19 PM 2:26

CLERK __J Hodge___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SHELDON DUNCOMBE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 320-028 |
| ) | |
| WARDEN STACEY N. STONE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss, (doc. no. 5). Therefore, the Court **DISMISSES AS MOOT** the petition filed pursuant to 28 U.S.C. § 2241 and **CLOSES** this civil action.

SO ORDERED this 19th day of August, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE