AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHELDON DUNCOMBE,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 320-028

WARDEN STACEY N. STONE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 19, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Respondent's Motion to Dismiss is GRANTED, and the petition filed pursuant to 28 U.S.C. § 2241 is DISMISSED AS MOOT. This civil action stands CLOSED.

08/19/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/1/03